UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUZIA NAYAB, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security ) <br> ) <br> Defendant. ) | Civil No. 07cv733 JM (WMc) <br><br> **ORDER GRANTING DEFENDANT'S** ***EX PARTE*** **APPLICATION [DOC. NO. 21.]** |

The Court has received Defendant's *Ex Parte* Application to reschedule the hearing date for Plaintiff's motion for summary judgment. [Doc. No. 21.] Good cause appearing, the application is **GRANTED**. **IT IS HEREBY ORDERED** that the April 2, 2008 hearing date is **CONTINUED** to **May 5, 2008** at **2:00 p.m**.

**IT IS SO ORDERED.**

DATED: March 6, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court

Copy to:

HONORABLE JEFFREY T. MILLER, U.S. DISTRICT COURT
ALL COUNSEL OF RECORD