UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUZIA NAYAB,<br><br>              Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security<br><br>              Defendant. | Civil No. 07cv733 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION AND VACATING HEARING DATE** |

      The Court has received the parties' Joint Motion for Extension. [Doc. No. 25.] Good cause appearing, the Joint Motion is **GRANTED.** The time for Defendant to file his cross motion is extended from April 8, 2008 to May 6, 2008. The motion hearing currently set for May 6, 2008 in the above-entitled case is **VACATED**. [Doc. No. 23.] The cross-motions will be taken under submission. *See* Local Civil Rule 7.1 (d)(1). The parties' remaining briefing on the cross motions shall be as follows:

      (1) Cross-Opposition Briefs due May 20, 2008;

      (2) Cross-Reply Briefs, if any, due May 27, 2008.

      **IT IS SO ORDERED.**

DATED: April 3, 2008

                                                        Hon. William McCurine, Jr.
                                                        U.S. Magistrate Judge, U.S. District Court