# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUZIA NAYAB,<br><br>              Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br><br>              Defendant. | CASE NO. 07 CV 0733 JM (WMc)<br><br>**ORDER GRANTING JOINT MOTION FOR REMAND** |

The Court having considered the Stipulated Motion for Remand Pursuant to Sentence 4 of 42 U.S.C. Section 405(g) filed herein by the parties, and finding good cause exists for granting same, does hereby **ORDER AND DECREE** that the Stipulated Motion for Remand Pursuant to Sentence 4 of 42 U.S.C. Section 405(g) be and is hereby approved and made the order of this Court.

The Clerk of Court is hereby ordered to enter a judgment in accordance with F. R. Civ. Pro. 58, and to close the file.

**IT IS SO ORDERED.**

**DATED: April 28, 2008**

_____
Hon. Jeffrey T. Miller
United States District Judge